CAROLINE CRAWFORD, Respondent, *v.* GILES EVERSON et al., Appellants.

(Argued January 22, 1877; decided February 13, 1877.)

THIS was an action to recover the possession of certain personal property.

Defendants claimed title under an assignment in bankruptcy made to them, as assignees, by plaintiff's husband. The property was taken by the sheriff, and, upon the execution of the requisite undertaking, was redelivered by him to the defendants.

Plaintiff claimed under a bill of sale of the property executed by her husband to one Lyon and a transfer by Lyon to herself, she giving her note therefor, both transfers being made prior

to the proceedings in bankruptcy. There was no actual change in the possession of the property. The referee found that the transfers were made for a good consideration, in good faith, and without intent to defraud. *Held*, that the question of intent was one of fact (2 R. S., 137, § 4), and there being some evidence to sustain the finding, it was conclusive here.

The report contained a finding as to the value of the property and the damages for detention. Defendants excepted generally to the whole finding and every part thereof. The portion of the finding as to the value of the property was unexceptionable. *Held*, that the question of damages could not be raised; that the exception was not available, as the whole finding was not erroneous.

*George N. Kennedy* for the appellants.

*Daniel Pratt* for the respondent.

RAPALLO, J., reads for affirmance.
All concur.
Judgment affirmed.